**Electronically Filed**
**Supreme Court**
**SCWC-15-0000684**
**09-JUL-2020**
**09:37 AM**

SCWC-15-0000684

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOY P. LEONG and STEPHEN B. LINDSEY, III,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

HONOLULU FORD, INC.,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000684; CIV. NO. 1RC14-1-7680)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kuriyama, in place of Pollack, J., recused)

Petitioners Joy P. Leong and Stephen B. Lindsey, III's application for writ of certiorari filed on May 12, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, July 9, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama

